179 So.2d 19

Lawrence M. SICARD

v.

The CITY OF NEW ORLEANS.

No. 47905.

Oct. 21, 1965.

In re: Lawrence M. Sicard applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 176 So.2d 672.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

HAWTHORNE, J., takes no part.